# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1515

_____

United States of America

*Plaintiff - Appellee*

v.

Tyrae Ronzell McDonald

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa

_____

Submitted: October 15, 2024
Filed: October 18, 2024
[Unpublished]

_____

Before GRUENDER, BENTON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Tyrae McDonald appeals the sentence the district court[1] imposed after he pled guilty to a firearm charge. His counsel has moved for leave to withdraw and has filed

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging an enhancement included in the calculation of the imprisonment range under the United States Sentencing Guidelines Manual.

Upon careful review, we conclude the district court did not err by imposing the enhancement based on grand jury testimony admitted at sentencing. *See United States v. Still*, 6 F.4th 812, 817-19 (8th Cir. 2021) (noting consideration of grand jury testimony at sentencing has been "repeatedly upheld" given its indicia of reliability); *United States v. Asalati*, 615 F.3d 1001, 1006 (8th Cir. 2010) (noting "credibility findings are 'virtually unreviewable on appeal'").

We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw and affirm.

_____